POST & McCORD, INC., Appellant, v. NEW YORK MUNIC-
IPAL RAILWAY CORPORATION, Respondent.

*Replevin — action to recover bonds deposited as security for faithful per-
formance of contract and as indemnity for liability for accidents
arising from performance of work.*

Post & McCord, Inc., v. New York Municipal Ry. Corpn., 187 App.
Div. 167, affirmed.

(Argued October 18, 1920; decided November 16, 1920.)

APPEAL from a judgment entered April 11, 1919, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, reversing a judgment in
favor of plaintiff entered upon a verdict directed by
the court and directing a dismissal of the complaint.
The action was in replevin, to recover the balance of
certain securities deposited by the plaintiff with the
defendant in lieu of bond to secure the faithful perform-
ance by the plaintiff of its contract to build an elevated
railroad for the defendant. The defendant's answer
alleged that one of the conditions of the contract to be
performed by the plaintiff was that it would indemnify
both the defendant and the surface railway company, over
whose tracks the elevated railroad was to be built, against
loss from liability for accidents occurring by reason of
the work; that defendant also made a contract with the
surface railway company similarly indemnifying that
company; that, in a collision between a trolley car and a
ground derrick used by the plaintiff, one Smith, a pas-
senger on the trolley car, was injured; that Smith recovered
judgment against the surface railway company for his
injuries; that the defendant, upon demand of the surface
railway company and recognizing its liability to the
surface railway company, reimbursed the latter for the
amount paid in satisfaction of the judgment and claimed
the right to have the plaintiff reimburse it for the amount
so paid to the surface railway company. The answer
also demanded that its lien on the plaintiff's securities,
arising out of its claim as above stated, be foreclosed.
The plaintiff's reply denied liability to reimburse the

defendant for the payment to the street surface railway company upon the grounds that the accident was occasioned by the neglect of defendant and of the surface railway.

*Charles Capron Marsh* for appellant.

*Charles L. Woody* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN and ANDREWS, JJ. Dissenting: CRANE, J.